UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| HOWARD COHAN, | ) | INJUNCTIVE RELIEF SOUGHT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.:  25-cv-11072 |
| | ) | |
| KS FOODS, INC. | ) | |
| d/b/a CULVERS | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE
## AND MOTION TO VACATE ALL DEADLINES

Plaintiff, Howard Cohan and Defendant, KS Foods, Inc., d/b/a Culvers, (the "Parties") respectfully notify the Court that they have agreed in principle to settle the above-captioned matter.  Counsel for the Parties are in the process of preparing and finalizing a settlement agreement and ultimately will file a stipulated dismissal with the Court.  The Parties intend to file a stipulated dismissal as soon as practicable but respectfully request that they be given 45 days to file said dismissal.  Accordingly, the Parties respectfully request that the Court vacate all deadlines set forth in the September 24, 2025, Minute Entry (ECF # 9).

Respectfully Submitted: November 19, 2025

 /s/ *Robert M. Kaplan*
Attorney for Plaintiff

**HOWARD COHAN**

Robert M. Kaplan
Law Offices of Robert M. Kaplan, P.C.
1535 W. Schaumburg, Rd, Suite 204
Schaumburg, IL 60194
Telephone: (847) 895-9477

 /s/ *Joseph J. Lynett*
One of the Attorneys for Defendant

**KS FOODS, INC. D/B/A CULVERS**

Joseph J. Lynett
Joseph T. Self
Jackson Lewis P.C.
150 N. Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Tel: (312) 787-4949
Joseph.Lynett@jacksonlewis.com
Joseph.Self@jacksonlewis.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 19, 2025, I filed the foregoing **Joint Notice of Settlement** electronically, via Electronic Case Filing (ECF), which shall send notice to all counsel of record.

By: /s/ Robert M. Kaplan